UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-2559-CIV-GOLD/DUBÉ

CHARLES IVERY,

    Plaintiff,

v.

MICHAEL ASTRUE,

    Defendant.
_____/

## ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE

THIS CAUSE is before the Court following a telephonic status conference held on May 30, 2008, in which the status of the Social Security Administration's determination on the amount of past due benefits was discussed. For the reasons stated of record, it is hereby

ORDERED AND ADJUDGED:

1. Defendant is to file with the Court a final Report on the amount of benefits owed by Monday, June 30, 2008.

2. Plaintiff is to file its Fee Petition within 20 days from the date the Social Security Administration issues its determination on the amount of past due benefits to be paid.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of May, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Dubé
Counsel of Record